CURRAN, Stephen F.
1

# Stephen F. Curran, Ph.D.
*Psychologist*

29 W. Susquehanna Avenue                    e-mail: GREENPSYCH@aol.com
Suite 704                                   www.AtlanticOccupsych.com
Towson, MD 21204
(410) 823-0555                              (800) 962-5763

## PROFESSIONAL AFFILIATIONS

### CURRENT

1983 to Present    Private Practice and President, Greenside Psychological Associates, Inc. Occupational and Forensic services through *Atlantic OccuPsych*, a division of Greenside Psychological Associates.
Consulting police psychologist to Federal, County and local law enforcement agencies.
Provides traumatic stress intervention to victims/survivors of work place traumas; and provides educational training/intervention to employees of high risk businesses on topics of stress and fear management.
Program Coordinator for U.S. Postal Inspection Service

1996 to Present    Director, Fire/Police Counseling Referral Network, Inc.
This is a nationwide network of licensed mental health professionals with expertise providing services to Police, Fire and EMS personnel and their families.  A toll-free number (1-888-FirePolice) is available for individuals to access a free referral.

### FORMER

1984 to 1995    Psychologist, Maryland Department of Health and Mental Hygiene (50%) Clifton T. Perkins Hospital Center (1988-1995) and Crownsville Hospital Center and Rosewood Center (1984-1988)
1983 to 1993    Consulting Psychologist, Maryland State Police, Baltimore, Maryland.
1982 to 1988    Consultant, Management Development Center, Maryland Department of Personnel, Baltimore, Maryland.
1982 to 1984    Mental Health Program Director, Basil Health Systems, Maryland Division of Corrections, Jessup, Maryland.
1982 to 1983    Staff Associate, Psychophysiological Clinic, University of Maryland School of Medicine, Baltimore, Maryland.
1979 to 1981    Director of Clinical Services, Biometric Research Institute, Inc., Washington, D.C.
1976 to 1979    Clinical Director, Narcotic Clinic, Friends Medical Science Research Center, Baltimore, Maryland.

CURRAN, Stephen F.
2

| | |
|---|---|
| 1976 to 1979 | Project Director, Behavioral and Pharmacological Studies of Addiction, Friends Medical Science Research Center, Baltimore, Maryland. |
| 1977 | Consultant, National Institute on Drug Abuse, Rockville, Maryland. |
| 1974 to 1976 | Research Coordinator, National Academy of Sciences Collaborative Study of Narcotic Antagonists, Friends Medical Science Research Center, Baltimore, Maryland. |
| 1972 to 1974 | Research Assistant, Methadone/LAAM Comparative Studies, Friends Medical Science Research Center. Studies conducted at Veterans Administration Medical Center, Sheppard and Enoch Pratt Hospital, and the University of Maryland Hospital. |

**EDUCATION**

| | |
|---|---|
| 1972 | Mount Saint Mary's College Emmitsburg, Maryland Bachelor of Science |
| 1975 | Loyola College Baltimore, Maryland Master of Arts |
| 1977 | University of Maryland College Park, Maryland Doctor of Philosophy |

**LICENSE**

| | |
|---|---|
| 1982 | #1610 Psychologist, Maryland Board of Examiners |

CURRAN, Stephen F.
3

**PROFESSIONAL ASSOCIATIONS**
American Psychological Association (APA)
APA Division #18, Police and Public Safety, Member
APA Division #41, Psychology-Law Society Member
International Association of Chiefs of Police (IACP), Associate Member
Society of Police and Criminal Psychology
American Correctional Association (ACA), Associate Member

**APPOINTMENTS/ELECTED PROFESSIONAL POSITIONS**
- Medical Staff-Allied Health Professional, Baltimore -Washington Medical Center (*formerly North Arundel Hospital*, 1994 - Present).
- Major (MD), 10th Medical Regiment, Maryland Defense Force – State of Maryland, Pikesville Military Reservation (2006 – 2007).
- Ad-Hoc Committee Member/ Task Force on the Use of Polygraph Examination for Victims of Sexual Crimes. Maryland State Board of Victim Services (1993 - 1994).
- Psychological Services Section, International Association of Chiefs of Police, (Secretary 1989-1992; Vice-chairperson 1992-1994, Chairperson 1994 - 1996).
- Disaster Mental Health Services, American Red Cross-Central Maryland Chapter (1992 - 2002)
- Maryland Disaster Response Coordinator, American Psychological Assoc. (1994-2002)

**PUBLICATIONS AND PAPERS**
Jabara, R.F. and Curran, S.F.,  Comparison of the Minnesota Multiphasic Personality Inventory and Mini-Mult with drug users. Journal of Consulting and Clinical Psychology, 1974, 42, 739-740

Savage, C. and Curran, S.F.,  Clinical experience with the narcotic antagonists naloxone, cyclazocine and naltrexone. Paper presented at the Narcotic Antagonist Clinical Research Conference, Seattle, Washington, September, 1974

Savage, C., Karp, E.G., Curran, S.F., Hanlon. T.E., and McCabe. O.L.,  Methadone/LAAM maintenance: a comparison study, Comprehensive Psychiatry, 1976, 17, 415-424

Curran, S.F. and Savage, C.,  Patient response to naltrexone issues of acceptance, treatment effects and frequency of administration. Paper presented at the NAS/NRC Satellite Meeting on Narcotic Antagonists, Richmond, Virginia, June, 1976

Curran, S.F. and Savage, C.,  Patient response to naltrexone: issues of acceptance, treatment effects and frequency of administration. In National Institute on Drug Abuse Research Monograph #9, United States Government Printing Office, Washington, D.C., 1976

CURRAN, Stephen F.
4

Curran, S.F., Doyle, P.A., and Savage, C.,  Maximizing narcotic antagonist (naltrexone) treatment through the use of behavioral reinforcement. Paper presented at the National Drug Abuse Conference, San Francisco, California, May, 1977

Curran, S.F., Blatchley, R.J., and Hanlon, T.E.,  The relationship between body buffer zone and violence as assessed by subjective and objective techniques, Criminal Justice and Behavior, 1978, 5,53-62

Curran, S.F.,  A study of interpersonal distance and the locus of control of opiate users in treatment. Paper presented at the National Drug Abuse Conference, Seattle, Washington, April, 1978

Doyle, P.A. and Curran S.F.,  Delivery of drug abuse treatment services to addicts in community correction centers and through parole a status report. Paper presented at the National Drug Abuse Conference, Seattle, Washington, April, 1978

Savage, C., Curran, S.F. and Doyle, P.A.  A naltrexone/placebo comparison investigation. In A multicultural view of drug abuse: The proceedings of the National Drug Abuse Conference of 1977, Edited by D.E. Smith, et al., Schenkman Publishing Co., Cambridge, Massachusetts, 1978

Curran, S.F.,  The use of narcotic antagonists in the treatment of opiate addiction. Keynote address at the Chevrolet Manufacturing Recovery Program Seminar, Flint, Michigan, June, 1980

Curran, S.F.,  Pharmacotherapy and conditioning studies of opiate addiction, Symposium Chair, American Psychological Association Annual Meeting, Montreal, Quebec, Canada, September, 1980

Curran, S.F.,  Implementation and monitoring of systems that ensure IRB and investigator compliance to IDE regulations. Paper presented at the 1981 Association for the Advancement of Medical Instrumentation (AAMI) Annual Meeting, Washington, D.C., May, 1981

Curran, S.F.,  Monitoring investigators and IRB's for a clinical trial. Paper presented at Small Manufacturers Medical Device Association, Arlington, Virginia, September, 1981

Curran, S.F. and Endres, M.T.,  Art therapy case study in a correctional psychiatric unit. Poster session presented at American Psychological Association Annual Meeting, Toronto, Ontario, Canada, August, 1984

Curran, S.F.  Legal aspects of behavioral emergencies. Panel participant for mock commitment hearing. Maryland Institute for Emergency Medical Services Systems and Department of Health and Mental Hygiene, South Baltimore General Hospital, Baltimore, Maryland, April, 1986

CURRAN, Stephen F.
5

Curran, S.F. (1990, November)  Assessment of Stress Reactions Following Police Officer Exposure to Traumatic Incidents. Poster session presented at 24th Annual Convention of Association for Advancement of Behavior Therapy, San Francisco, California.

Curran, S.F. (1991, September 26)  Critical Incident Stress Debriefing Techniques. Workshop Presenter. Yavapai County Education Consortium and Northern Arizona Area Health Education Center, Traumatic Stress Conference, Prescott, Arizona.

Curran, S.F. (1991, October 7)  Fitness For Duty Guidelines. Workshop Presentation at International Association of Chiefs of Police 98th Annual Convention, Minneapolis, Minnesota.

Curran, S.F. and Abueg, F. (1991, November)  Group Approaches to Trauma Survivors of Combat, Disaster, and Criminal Victimization. Workshop Co-leader. 25th Annual Convention of Association for Advancement of Behavior Therapy, New York, New York.

Curran, S.F. (1992, November 20)  Psychiatric Hospital Based Stress Debriefing Team: Utilization of the CISD Model for In-Hospital Traumas. Poster session presented at 26th Annual Conference of Association for Advancement of Behavior Therapy, Boston, Massachusetts.

Curran, S.F. (1993, March 11)  Selection of Undercover Police Officers According to Stress Patterns Using the Hilton Career Satisfaction Index. Poster session presented at The Society of Behavioral Medicine Annual Scientific Sessions, San Francisco, California.

Curran, S. F. (1994)  Sexual Harassment and the Female Officer: Effects on the Police Family. In J.T. Reese & E. Scrivner (Eds.), Law Enforcement and the Family. (pp.271-274) Federal Bureau of Investigation.

Curran, S. F. (1995, June 16)  Traumatic Stress Interventions: Accidents/Natural Disasters. Symposium Presenter on Current Issues in Stress and Trauma. Maryland Psychological Association Foundation 1995 Annual Convention, College Park, Maryland.

Curran, S.F. (1995, October 18)  Moving from Problem Employee to the Problem Organization. Workshop Moderator. International Association of Chiefs of Police 102nd Annual Convention. Miami, Florida.

Curran, S. F. (1996)  Positioning Psychological Services for the 21st Century. In J.T. Reese & Solomon (Eds.), Organizational Issues in Law Enforcement. (pp. 375-382) Federal Bureau of Investigation.

Curran, S.F. (1996, October)  The Rogue Cop - Intervention Strategies. Workshop Moderator. International Association of Chiefs of Police 103rd Annual Convention. Phoenix, Arizona.

CURRAN, Stephen F.
6

Curran, S.F. (1997, April 11)  Airline Disaster Preparedness Training: Mental Health Interventions.  Symposium Chair, American Red Cross. Baltimore, Maryland.

Curran, S.F. (1997, October 2)  A Program for Fire and Police Personnel to Access Free Referrals to Mental Health Providers.  Society of Police and Criminal Psychology Annual Conference, Boston, Massachusetts.

Curran, S.F. and Kamen C. (1997, October 3)  Outpatient Mental Health Assessments of Parole and Probationers to Determine Treatment Needs.  Society of Police and Criminal Psychology Annual Conference, Boston, Massachusetts.

Curran, S.F. (July 1998)  Road Rage: When Normal People Act Crazy.  (page 28) Police Chief.

Curran, S.F. (October 1998).  Revised IACP Guidelines: Pre-employment Psychological Evaluation of Law Enforcement Applicants.  (pages 88-94) Police Chief.

Curran, S.F. (1999, January 11)  When Normal People Act Crazy.  (Panel presentation on Aggressive Driving) Traffic Research Board of National Academy of Sciences Annual Meeting, Washington, D.C.

Curran, S.F. (1999, September 24)  Barriers to Effective Mental Health Interventions that Reduce Suicide by Police Officers.  Police Suicide. Paper presented at Federal Bureau of Investigation , Quantico, Virginia.

Curran, S.F. (2000)  Assessing Predictions of Domestic Violence: The Preemployment Psychological Evaluation.  In D.C. Sheehan (Ed.), Domestic Violence by Police Officers. (pp. 141-148) Federal Bureau of Investigation.

Curran, S.F. (2000, Nov. 13)  Preemployment Psychological Screening of Police Officers for Domestic Violence. International Association of Chiefs of Police 107th Annual Convention. San Diego, California.

Curran, S.F. (2002)  Barriers to Effective Mental Health Interventions that Reduce Suicide by Police Officers.  In D.C. Sheehan and J.I. Warren (Eds), Suicide and Law Enforcement,  (pp. 205-209) Federal Bureau of Investigation.

Curran, S.F. (2002, Oct. 7)  Preemployment Medical and Psychological Evaluations. International Association of Chiefs of Police 109th Annual Convention.  Minneapolis, Minnesota.

Curran, S.F. (January/February 2003)  Separating Fact from Fiction About Police Stress. Behavioral Health Management. pages 38-40.

CURRAN, Stephen F.

7

CURRAN, Stephen F.
8

Curran, S.F. and LaFon, D. (2003, July 10)  Employment Selection and Psychological Testing Issues as Understood by Mock Jurors.  Poster session presented at the Psychology & Law Interdisciplinary Conference 2003, Edinburgh, Scotland.

Curran, S. F. (2003, October 10)  Ethics and Fitness for Duty Employment Evaluations. Workshop presentation (3 hours) at the Maryland Psychological Association Annual Convention, Baltimore, Maryland.

Curran, S.F. (2004, January 31)  Fitness for Duty Evaluations of Public Safety Personnel. Workshop presentation (3 hours) at Pearson Assessments Public Safety Workshop, Los Angeles, California.

Curran, S.F. and Saxe-Clifford, S. (2004, November 15)  Pre-employment Psychological Evaluations: Revised IACP Guidelines  Workshop presentation at the International Association of Chiefs of Police 111th Annual Convention.  Los Angeles, California.

Curran, S.F. and Saxe-Clifford, S. (2005)  Commentary:  Psychological Evaluation of Public Safety Applicants: The 2004 Revised Guidelines of the Police Psychological Services Section. http://www.theiacp.org/div_sec_com/sections/commentaryonpreemploymentguidelines.pdf

Curran, S.F. and Ritchie, E.C. (2006, October 14)  Warrior Transition by Army Reserve and National Guard Personnel from Combat Operations in Iraq to Policing in the United States. Workshop presentation at the International Association of Chiefs of Police 113th Annual Convention, Police Psychological Services Section. Boston, Massachusetts.

Curran, S.F. (2006, December 8)  Deployment issues for families and children.  Workshop presentation sponsored by The Pro Bono Counseling Project. Baltimore, Maryland.

Curran, S.F. (2007, June 8)  Warrior Ethos: Psychological Aspects of Combat.  Keynote Speaker. Presented at Trauma and Resilience Workshop. Sponsored by the University of Maryland @ Baltimore and the Department of Health and Mental Hygiene Administration. Baltimore, Maryland.

Curran, S.F. (2008, February 15)  Fitness for Duty Evaluations of Public Safety Personnel. Workshop presentation (3 hours) sponsored by The University of Minnesota Press and Pearson Assessments, La Jolla, California.

Curran, S.F. (2008, May 15)  Employment Evaluations of Veterans of Iraq/Afghanistan Combat Operations.  Workshop presentation at the COPPS Annual Meeting, Miami, Florida.

CURRAN, Stephen F.
9

Curran, S.F. (2008, August 13)  <u>Current Practices Conducting Pre-employment and Fitness for Duty Evaluations</u> workshop presentation at the Boston Police Department for APA Division 18, Boston, Massachusetts.

Curran, S.F. (2008, September 9)  <u>Psychological Issues Affecting Returning Veterans</u> presentation at the Maryland Police Chiefs' Annual Meeting, Ocean City, Maryland.

Curran, S.F. (2008, November 9)  <u>Results and Implications from a 2007 Survey of Police/Forensic Psychologists: Fitness for Duty Assessment Procedures</u> presentation for the International Association of Chiefs of Police, Police Psychological Services Section, San Diego, California.

Curran, S.F. (2008, November 9)  <u>Psychological Assessment Protocols for Evaluating Military Personnel Returning from Combat Operations</u> presentation for the International Association of Chiefs of Police, Police Psychological Services Section, San Diego, California.

Curran, S.F. (to be published 2009)  "Public Safety Services as a Means to Leave Your Oppressor" chapter in <u>Psychologists Earning a Living Outside of Managed Care: Fifty Ways to Leave Your Oppressor</u>; American Psychological Association APA Books.


**RECENT AWARDS**
Commendation Medal, Maryland Army National Guard, May 2007